## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:23-CV-23310

Plaintiff:
**YOANDRY DE LA ROSA, BENJUAMIN FELIZ MATEO and MAXIMO GUTIERREZ**

vs.

Defendant:
**SETAI HOTEL ACQUISITION, LLC**

For:
Kyle MacDonald, Esq
F Derek Smith Law Group, Pllc

Received by DLE Process Servers on the 31st day of August, 2023 at 12:23 pm to be served on **Setai Hotel Acquisition, LLC c/o R.A: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Kathleen Conway, #273, do hereby affirm that on the **1st day of September, 2023** at **9:18 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons In A Civil Action; Civil Cover Sheet; Complaint.** with the date and hour of service endorsed thereon by me, to: **Danielle Nellooms c/o R.A: Corporation Service Company, S.O.P. Clerk** as authorized employee of Registered Agent for **Setai Hotel Acquisition, LLC c/o R.A: Corporation Service Company,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. 48.091 (1) (2)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

**Kathleen Conway, #273**
#273

**DLE Process Servers**
**936 SW 1st Avenue, #261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2023043063

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



```
DELIVERED  09/01/2023  09:18 AM
SERVER     KAC
LICENSE    #273
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Yoandry De La Rosa, Benjamin Feliz Mateo, and Maximo Gutierrez | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) ) | Civil Action No. 23-CV-23310 WILLIAMS |
| Setai Hotel Acquisition LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Setai Hotel Acquisition LLC
c/o CORPORATION SERVICE COMPANY, Registered Agent,
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
701 Brickell Ave. , Suite 1310
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  08/29/2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts