UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23310-KMW

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

    Plaintiffs,
vs.

SETAI HOTEL ACQUISITION LLC,

    Defendant.
_____/

**DEFENDANT, SETAI HOTEL ACQUISITION LLC'S**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Setai Hotel Acquisition LLC ("Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves for an extension of time through October 12, 2023 to respond to Plaintiff's Complaint [D.E. #1], and states as follows:

1. On August 29, 2023, Plaintiff filed her Complaint. [D.E. #1].

2. The Complaint was served on Defendant on September 1, 2023.

3. Accordingly, Defendant's response to the Plaintiff's Complaint is due, pursuant to Rule 12, Fed. R. Civ. P., on September 22, 2023.

4. Due to the press of other matters, Defendant needs an extension of time to analyze the 36-page Complaint and prepare an appropriate response. Defendant, therefore, respectfully requests an extension of time of twenty (20) days, until October 12, 2023, to file its response to the Plaintiff's Complaint.

5. This Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

**GORDON REES SCULLY MANSUKHANI**
Miami Tower ▪ 100 S.E. 2nd Street ▪ Suite 3900 ▪ Miami, FL 33131

6.	This Motion is not made for the purpose of delay and the Plaintiff will not be prejudiced by this enlargement.

7.	Pursuant to Local Rule 7.1, undersigned counsel certifies that they conferred with Plaintiff's counsel on the relief requested in the instant Motion, and Plaintiff's counsel has advised that Plaintiff does not object to the requested extension.

8.	A proposed Order is attached hereto.

WHEREFORE, for the foregoing reasons, Defendant, Setai Hotel Acquisition LLC, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Complaint until October 12, 2023.

### CERTIFICATE OF GOOD FAITH CONFERENCE: CONFERRED AND ISSUE RESOLVED

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve this issue and the issue has been resolved. Plaintiff's counsel has agreed to an extension of time until October 12, 2023.

Respectfully submitted this 19th day of September 2023.

By:    <u>s/ Eric R. Thompson</u>
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
**GORDON REES SCULLY MANSUKHANI, LLP**
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209
*Attorneys for Defendant Setai Hotel Acquisition LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys identified on the following Service List.

<u>s/ Eric R. Thompson</u>
Eric R. Thompson, FBN 888931

**<u>Service List</u>**
Kyle T. MacDonald, Esq.
Kyle@dereksmithlaw.com
DEREK SMITH LAW GROUP, PLLC
701 Brickell Ave., Suite 1310
Miami, FL 33131
*Attorneys for Plaintiff*