### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

        Plaintiffs,                      CASE NO.: 1:23-cv-23310-KMW

    v.

SETAI HOTEL ACQUISITION LLC,

        Defendant.

_____/

### <u>NOTICE OF CHANGE OF ADDRESS</u>

Attorney Kyle T. MacDonald hereby files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, and other filings shall be sent to:

**Derek Smith Law Group, PLLC**
**520 Brickell Key Drive, Suite O-301**
**Miami, Florida 33131**

All other contact information remains the same.

Dated:  Miami, Florida                **DEREK SMITH LAW GROUP, PLLC**
          October 6, 2023,            *Counsel for Plaintiffs*

                                 */s/ Kyle T. MacDonald*
                                 Kyle T. MacDonald, Esq.
                                 Florida Bar No.: 1038749
                                 Derek Smith Law Group, PLLC
                                 520 Brickell Key Drive, Suite O-301
                                 Miami, FL 33131
                                 Tel: (305) 946-1884
                                 Fax: (305) 503-6741
                                 <u>Kyle@dereksmithlaw.com</u>

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on October 6, 2023, on all counsel of record on the service list below via e-mail.

By: <u>*/s/ Kyle T. MacDonald*</u>
Kyle T. MacDonald, Esq.

<u>**SERVICE LIST**</u>

**GORDON REES SCULLY MANSUKHANI, LLP**

Eric R. Thompson, Esq.
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI, LLP
Miami Tower 100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Attorneys for Defendant Setai Acquisition LLC*