UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,                          CASE NO.: 1:23-cv-23310-KMW

v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

## JOINT PROPOSED SCHEDULING ORDER

**(A)    Assignment of the case to a particular track pursuant to Local Rule 16.1(a)**

This matter is assigned to the standard case management track as described in Local Rule 16.1(a)(2)(B).

**(B)    The detailed discovery schedule agreed to by the parties**

Please see Schedule Jointly Proposed by Parties, attached as Exhibit 2.

**(C)    Any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things**

None at this time.

**(D)    Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production**

The Parties will comply with the the Federal Rules of Civil Procedure with respect to claims of privilege or protection of trial preparation material after production.

**(E)    A limitation of the time to join additional parties and to amend the pleadings**

Please see Exhibit 2. The deadline to join additional parties and to amend the pleadings is December 11, 2024.

**(F)     Date certain for filing all pretrial motions**

Please see Exhibit 2. The deadline to file all pretrial motions is November 25, 2024.

**(G)     Date certain for resolution of all pretrial motions by the Court**

The deadline to file for resolution of all pretrial motions is January 1, 2025.

**(H)     Any proposed use of the Manual on Complex Litigation and any other need for rule variations, such as on deposition length or number of depositions**

None at this time.

**(I)     Date certain for the date of pretrial conference**

The pretrial conference will be held on January 20, 2025.

**(J)     Date certain for trial**

The trial period will commence on February 3, 2025.

**DONE and ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2023.

THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*