## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,　　　　　　　　　　　　CASE NO.: 1:23-cv-23310-KMW

  v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is set for trial for the week of February 3, 2025. The Parties propose to adhere to the following schedule:

| Date | Event |
|---|---|
| **November 15, 2023** | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| **December 11, 2024** | The Parties shall file motions to amend pleadings or join Parties. |
| **July 29, 2024** | Plaintiff(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **August 26, 2024** | Defendant(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **September 16, 2024** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |

| | |
|---|---|
| **October 14, 2024** | The Parties shall complete all discovery, including expert discovery. |
| **October 28, 2024** | The Parties shall complete mediation and file a mediation report with the Court. |
| **November 25, 2024** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| **December 16, 2024** | The Parties shall each file one motion *in limine*. All motions in limine must be filed at least six (6) weeks before Calendar Call.. |
| **January 20, 2025** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| **January 20, 2025** | The Parties shall submit their deposition designations. |