UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23310-KMW

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,

vs.

SETAI HOTEL ACQUISITION LLC,

      Defendant.

_____/

**DEFENDANT, SETAI HOTEL ACQUISITION LLC'S**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant, Setai Hotel Acquisition LLC ("Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves for an extension of time of eleven (11) days, through November 20, 2023, to respond to Plaintiffs' Amended Complaint [D.E. #11], and states as follows:

1.      On August 29, 2023, Plaintiffs filed their original Complaint. [D.E. #1].

2.      The Complaint was served on Defendant on September 1, 2023. Accordingly, Defendant's response to the Plaintiffs' original Complaint was due, pursuant to Rule 12, Fed. R. Civ. P., on September 22, 2023. On September 19, 2023, Defendant filed its *Unopposed* Motion for Extension of Time to Respond to Plaintiffs' Complaint, seeking an extension of time until October 12, 2023 to respond to the original Complaint. [D.E. #6]. On September 20, 2023, the Court entered its Order granting that Motion. [D.E. #7].

3.      On October 12, 2023, Defendant filed its Motion to Dismiss Plaintiffs' Complaint. [D.E. #10]. Accordingly, Plaintiffs' response to the Motion was due, pursuant to

Local Rule 7.1(c)(1), on October 26, 2023.

4.      Rather that filing a response to the Motion to Dismiss, on October 26, 2023, Plaintiffs filed their Amended Complaint.  [D.E. #11].  Pursuant to Rule 15(a)(3), Fed. R. Civ. P., Defendant's response to the Amended Complaint is currently due by November 9, 2023.

5.      Due to the press of other matters, Defendant needs an extension of time to analyze the Amended Complaint and prepare an appropriate response.  Defendant, therefore, respectfully requests an extension of time of eleven (11) days, until November 20, 2023, to file its response to the Plaintiffs' Amended Complaint.

6.      This Court may for good cause shown and upon timely motion enlarge the time within which an act shall otherwise be done.

7.      This Motion is not made for the purpose of delay and the Plaintiffs will not be prejudiced by this enlargement.

8.      Pursuant to Local Rule 7.1, undersigned counsel certifies that they conferred with Plaintiffs' counsel on the relief requested in the instant Motion, and Plaintiffs' counsel has advised that Plaintiffs do not object to the requested extension.

9.       A proposed Order is attached hereto.

WHEREFORE, for the foregoing reasons, Defendant, Setai Hotel Acquisition LLC, respectfully requests that the Court extend the time for Defendant to respond to Plaintiffs' Amended Complaint until November 20, 2023.

<u>**CERTIFICATE OF GOOD FAITH CONFERENCE:**</u>
<u>**CONFERRED AND ISSUE RESOLVED**</u>

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve this issue and the issue has been resolved.  Plaintiffs' counsel has agreed to

an extension of time until November 20, 2023.

Respectfully submitted this 6th day of November 2023.

By:    *s/ Eric R. Thompson*
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
**GORDON REES**
**SCULLY MANSUKHANI**
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL  33131
Telephone: (305) 428-5300
Facsimile:  (877) 644-6209
*Attorneys   for   Defendant   Setai   Hotel*
*Acquisition LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys identified on the following Service List.

*s/ Eric R. Thompson*
Eric R. Thompson, FBN 888931

**Service List**
Kyle T. MacDonald, Esq.
Kyle@dereksmithlaw.com
DEREK SMITH LAW GROUP, PLLC
701 Brickell Ave., Suite 1310
Miami, FL 33131
*Attorneys for Plaintiffs*