UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23310-KMW

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

     Plaintiffs,
vs.

SETAI HOTEL ACQUISITION LLC,

     Defendant.
_____/

**ORDER GRANTING DEFENDANT SETAI HOTEL ACQUISITION LLC'S**
***UNOPPOSED* MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

THIS MATTER having come before the Court on Defendant, Setail Hotel Acquisition LLC's ("Defendant") *Unopposed* Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint, and the Court having reviewed Defendant's Motion and the Court file, being advised as to the agreement of the parties, and being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Defendant's *Unopposed* Motion is **GRANTED.** Defendant shall file its response to the Plaintiffs' Amended Complaint [D.E. #11] by November 20, 2023.

DONE AND ORDERED in Chambers this _____ day of _____, 2023.

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

*Copies to Counsel of Record*