## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

               Plaintiffs,                      CASE NO.: 1:23-cv-23310-KMW

     v.

SETAI HOTEL ACQUISITION LLC,

               Defendant.

_____/

## PLAINTIFFS' *UNOPPOSED* MOTION TO FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs, YOANDRY DE LA ROSA, BENJAMIN FELIZ MATEO, and MAXIMO GUTIERREZ (hereafter referred to as the "Plaintiffs" collectively), hereby move this Court for an extension of time of fourteen (14) days, up to and including December 18, 2023, to respond to Defendant's Motion to Dismiss Counts I Through III and V Through VIII of Plaintiffs' Amended Complaint ("Defendant's Motion") [D.E. 17], and in support state as follows:

1.      On October 27, 2023, Plaintiffs filed their Amended Complaint [D.E. 11].

2.      On November 6, 2023, Defendant filed its Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint [D.E. 14]. The Court granted the motion, allowing Defendant until November 20, 2023, to files its response. [D.E. 16].

3.      On November 20, 2023, Defendant filed its Motion to Dismiss Counts I Through III and V Through VIII of Plaintiffs' Amended Complaint [D.E. 17]. Plaintiffs' response to Defendants' Motion is currently due by December 4, 2023.

4.      Due to scheduling conflicts, Plaintiffs require additional time to properly review Defendant's Motion and prepare their response. Accordingly, Plaintiffs respectfully request an

extension of time of fourteen (14) days, up to and including December 18, 2023, to respond to Defendant's Motion.

5.      This motion is not made for the purposes of delay and Defendant will not be prejudiced by the extension of time.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant an extension of time of fourteen (14) days, up to and including December 18, 2023, for Plaintiffs to respond to Defendant's Motion to Dismiss Counts I Through III and V Through VIII of Plaintiffs' Amended Complaint.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Plaintiffs has conferred with counsel for the Defendant, who have advised that the Defendant does not oppose the relief requested herein.

Dated:  Miami, Florida
        November 21, 2023,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being

served on November 21, 2023, on all counsel of record on the service list below via e-mail.


By: <u>*/s/ Kyle T. MacDonald*</u>
Kyle T. MacDonald, Esq.


## <u>SERVICE LIST</u>

**GORDON REES SCULLY MANSUKHANI**

Robin Taylor Symons
Rsymons@grm.com
Florida Bar No.: 356832
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Counsel for Defendant Setai Hotel Acquisition LLC*