**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,                                               CASE NO.: 1:23-cv-23310-KMW

      v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

**PROPOSED ORDER GRANTING PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

      THIS CAUSE is before the Court on Plaintiffs' *Unopposed* Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [D.E. 18] filed November 21, 2023, and the Court, having considered the Motion, and being otherwise fully apprised on the premises, it is hereby

      ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Plaintiffs shall file their response to Defendant's Motion to Dismiss Counts I Through III and V Through VIII of Plaintiffs' Amended Complaint [D.E. 17] on or before December 18, 2023.

      **DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2023.

                                                      _____
                                                      THE HONORABLE KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*