UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23310-KMW

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

    Plaintiffs,
vs.

SETAI HOTEL ACQUISITION LLC,

    Defendant.
_____/

## DEFENDANT, SETAI HOTEL ACQUISITION LLC'S FACT WITNESS LIST

Defendant, SETAI HOTEL ACQUISITION LLC ("Defendant"), by and through its undersigned counsel and pursuant to the Court's November 7, 2023 Scheduling Order [D.E. #15] and Rule 26 of the Federal Rules of Civil Procedure, hereby files its Fact Witness List.

### I. RESERVATION OF RIGHTS

Defendant reserves the right to supplement the following Fact Witness List prior to trial.

Defendant reserves the right to call each witness listed in Plaintiffs, Yoandry De La Rosa ("De La Rosa"), Benjamin Feliz Mateo ("Mateo"), and Maximo Gutierrez's ("Gutierrez") (collectively, "Plaintiffs") list of fact witnesses to testify about and/or comment on any matter at trial, including, but not limited to, any exhibit introduced as evidence or any items prepared for use or used for demonstrative purposes by any witness.

Defendant reserves the right to substitute a fact witness in the event the witness(es) named herein are unable to appear at trial.

Defendant reserves the right to introduce testimony from a fact witness by live testimony or by deposition testimony.

Defendant reserves whatever additional rights it might have with regard to fact witnesses pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of Florida, the case law construing same, and the rulings of the trial court.

Defendant disclaims any duty to introduce any of the below witnesses at trial by virtue of placing them on the list.

## II. FACT WITNESSES

1. Plaintiff Yoandry De La Rosa
   c/o Kyle T. MacDonald, Esq.
   Derek Smith Law Group, PLLC
   701 Brickell Avenue, Suite 1310
   Miami, FL 33131

   This Plaintiff is reasonably believed to have knowledge regarding all matters pertaining to his employment, both generally and as alleged in the Amended Complaint filed in this matter.

2. Plaintiff Benjamin Feliz Mateo
   c/o Kyle T. MacDonald, Esq.
   Derek Smith Law Group, PLLC
   701 Brickell Avenue, Suite 1310
   Miami, FL 33131

   This Plaintiff is reasonably believed to have knowledge regarding all matters pertaining to his employment, both generally and as alleged in the Amended Complaint filed in this matter.

3. Plaintiff Maximo Gutierrez
   c/o Kyle T. MacDonald, Esq.
   Derek Smith Law Group, PLLC
   701 Brickell Avenue, Suite 1310
   Miami, FL 33131

   This Plaintiff is reasonably believed to have knowledge regarding all matters pertaining to his employment, both generally and as alleged in the Amended Complaint filed in this matter.

4.        Corporate Representative(s) with Knowledge
Setai Hotel Acquisition, LLC
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Defendant's corporate representative(s) with knowledge is/are reasonably believed to have knowledge regarding: 1) Defendants' pertinent employment policies and procedures, including, but not limited to, with regard to Defendant's anti-discrimination and anti-harassment policies and procedures as well as Defendant's policies and procedures pertaining to the payment of tips to valets during the pertinent time period; and, 2) Plaintiffs' employment with Defendant, including, but not limited to, as to the matters alleged in the Amended Complaint filed in this matter.

5.        Cynthia Abugattas
Director of Human Resources
Setai Hotel Acquisition, LLC
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Ms. Abugattas is reasonably believed to have knowledge regarding: 1) the matters pertaining to her as alleged in Paragraphs 91-94 of the Amended Complaint filed in this matter; 2) her knowledge of Plaintiffs' employment with Defendant; and 3) Defendant's pertinent employment policies and procedures.

6.        Eileen Aguilar
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Ms. Aguilar is reasonably believed to have knowledge regarding: 1) the matters pertaining to her as alleged in Paragraph 90 of the Amended Complaint filed in this matter; 2) her knowledge of Plaintiffs' employment with Defendant; and 3) Defendant's pertinent employment policies and procedures.

7.     Edson Belfond
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Mr. Belfond is reasonably believed to have knowledge regarding: 1) the matters pertaining to him as alleged (*passim*) throughout the Amended Complaint filed in this matter; and, 2) his knowledge of Plaintiffs' employment with Defendant.

8.     Alexis Freud
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Mr. Freud is reasonably believed to have knowledge regarding: 1) the matters pertaining to him as alleged in Paragraphs 39-50, 60, and 75 of the Amended Complaint filed in this matter; and, 2) his knowledge of Plaintiffs' employment with Defendant.

9.     Joseph Clotaire
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Mr. Clotaire is reasonably believed to have knowledge regarding: 1) the matters pertaining to him as alleged in Paragraphs 39-50, 60, and 75 of the Amended Complaint filed in this matter; and, 2) his knowledge of Plaintiffs' employment with Defendant.

10.    Ronald Orisma
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Mr. Orisma is reasonably believed to have knowledge regarding: 1) the matters pertaining to him as alleged in Paragraphs 39-50, 60, and 75 of the Amended Complaint filed in this matter; and, 2) his knowledge of Plaintiffs' employment with Defendant.

11. Natasha Pierre
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Ms. Pierre is reasonably believed to have knowledge regarding: 1) the matters pertaining to her as alleged in Paragraphs 60 and 62-64 of the Amended Complaint filed in this matter; and, 2) her knowledge of Plaintiffs' employment with Defendant.

12. Enrique Carpio
Bell Service Manager
Setai Hotel Acquisition, LLC
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Mr. Carpio is reasonably believed to have knowledge regarding: 1) the matters pertaining to him as alleged in Paragraph 86-88 of the Amended Complaint filed in this matter; and, 2) his knowledge of Plaintiffs' employment with Defendant.

13. Jorge Avalos
c/o Eric R. Thompson, Esq.
Gordon & Rees Scully Mansukhani
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
(305) 428-5312

Mr. Avalos is reasonably believed to have knowledge regarding: 1) the lack of any discriminatory, harassing and/or other misconduct, as alleged by Plaintiffs in the Amended Complaint filed in this matter, that he experienced or otherwise witnessed during his employment with Defendant; and, 2) his knowledge of Plaintiffs' employment with Defendant.

14. Jose Salazar
    c/o Eric R. Thompson, Esq.
    Gordon & Rees Scully Mansukhani
    Miami Tower
    100 S.E. Second Street, Suite 3900
    Miami, Florida 33131
    (305) 428-5312

    Mr. Salazar is reasonably believed to have knowledge regarding: 1) the lack of any discriminatory, harassing and/or other misconduct, as alleged by Plaintiffs in the Amended Complaint filed in this matter, that he experienced or otherwise witnessed during his employment with Defendant; and, 2) his knowledge of Plaintiffs' employment with Defendant.

15. Marco Protolongo
    c/o Eric R. Thompson, Esq.
    Gordon & Rees Scully Mansukhani
    Miami Tower
    100 S.E. Second Street, Suite 3900
    Miami, Florida 33131
    (305) 428-5312

    Mr. Protolongo is reasonably believed to have knowledge regarding: 1) the lack of any discriminatory, harassing and/or other misconduct, as alleged by Plaintiffs in the Amended Complaint filed in this matter, that he experienced or otherwise witnessed during his employment with Defendant; and, 2) his knowledge of Plaintiffs' employment with Defendant.

16. Sidney Alexis
    c/o Eric R. Thompson, Esq.
    Gordon & Rees Scully Mansukhani
    Miami Tower
    100 S.E. Second Street, Suite 3900
    Miami, Florida 33131
    (305) 428-5312

    Mr. Alexis is reasonably believed to have knowledge regarding: 1) the lack of any discriminatory, harassing and/or other misconduct, as alleged by Plaintiffs in the Amended Complaint filed in this matter, that he experienced or otherwise witnessed during his employment with Defendant; and, 2) his knowledge of Plaintiffs' employment with Defendant.

17. Freddy Ortega
    c/o Eric R. Thompson, Esq.
    Gordon & Rees Scully Mansukhani
    Miami Tower
    100 S.E. Second Street, Suite 3900
    Miami, Florida 33131
    (305) 428-5312

    Mr. Ortega is reasonably believed to have knowledge regarding: 1) the lack of any discriminatory, harassing and/or other misconduct, as alleged by Plaintiffs in the Amended Complaint filed in this matter, that he experienced or otherwise witnessed during his employment with Defendant; and, 2) his knowledge of Plaintiffs' employment with Defendant.

18. Emilio (last name not yet known)

    This witness is reasonably believed to have knowledge of: 1) the matters pertaining to him as alleged in Paragraphs 80-83 and 85 of the Amended Complaint; and, 2) his knowledge of Plaintiffs' employment with Defendant.

19. Javier (last name not yet known)

    This witness is reasonably believed to have knowledge of: 1) the matters pertaining to him as alleged in Paragraphs 83-85 of the Amended Complaint; and, 2) his knowledge of Plaintiffs' employment with Defendant.

20. Eric (last name not yet known)

    This witness is reasonably believed to have knowledge of: 1) the matters pertaining to him as alleged in Paragraphs 83-85 of the Amended Complaint; and, 2) his knowledge of Plaintiffs' employment with Defendant.

21. Pablo (last name not yet known)

    This witness is reasonably believed to have knowledge of: 1) the matters pertaining to him as alleged in Paragraphs 83 and 85 of the Amended Complaint; and, 2) his knowledge of Plaintiffs' employment with Defendant.

22. All medical providers who provided medical treatment for any of the physical and/or non-physical injuries alleged by Plaintiffs in the Amended Complaint filed in this matter.

23. All witnesses disclosed in Plaintiffs' Fact Witness List.

24. Any and all impeachment, rehabilitation, and/or rebuttal witnesses needed at trial but not yet ascertained.

25. Any and all individuals required to authenticate photographs, images, or computer records.

26. All persons named in the pleadings, depositions, written discovery responses, and documents produced by the parties.

Respectfully submitted this 21st day of November, 2023.

> By: *s/ Eric R. Thompson*
> Robin Taylor Symons
> Rsymons@grm.com
> Florida Bar No.: 356832
> Eric R. Thompson
> Ethompson@gordonrees.com
> Florida Bar No. 888931
> **GORDON REES SCULLY MANSUKHANI**
> Miami Tower
> 100 S.E. Second Street, Suite 3900
> Miami, FL 33131
> Telephone: (305) 428-5300
> Facsimile: (877) 644-6209
> *Attorneys for Defendant Setai Hotel Acquisition LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys identified on the following Service List.

   *s/ Eric R. Thompson*
Eric R. Thompson, FBN 888931

**Service List**
Kyle T. MacDonald, Esq.
Kyle@dereksmithlaw.com
DEREK SMITH LAW GROUP, PLLC
701 Brickell Ave., Suite 1310
Miami, FL 33131
*Attorneys for Plaintiffs*