UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

       Plaintiffs,                                 CASE NO.: 1:23-cv-23310-KMW

       v.

SETAI HOTEL ACQUISITION LLC,

       Defendant.
_____/

## PLAINTIFFS' FACT WITNESS LIST

Plaintiffs, YOANDRY DE LA ROSA, BENJAMIN FELIZ MATEO, and MAXIMO GUTIERREZ, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26, hereby submit the following Fact Witness List:

### I.    Preliminary Statement

1. Plaintiffs reserve the right to rely upon the individuals identified in this witness list for subjects other than those described herein for any reason, including, but not limited to, responding to Defendant's disclosures, discovery requests, evidence, and testimony.

2. Plaintiffs reserve the right to supplement this witness list if and when additional responsive information becomes available.

3. Plaintiffs reserve the right to rely upon those individuals and documents identified in Defendant's respective witness list and/or disclosure statements.

4. Plaintiffs reserve the right to substitute a fact witness in the event the individuals named herein are unable to appear at trial.

## II.     FACT WITNESS LIST

| | |
|---|---|
| **Yoandry De La Rosa, Plaintiff**<br>c/o Derek Smith Law Group, PLLC<br>701 Brickell Ave., Suite 1310<br>Miami, Florida 33131 | Plaintiff De La Rosa has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and the emotional toll the Defendant's discriminatory treatment took on Plaintiffs during and after their employment. |
| **Benjamin Feliz Mateo, Plaintiff**<br>c/o Derek Smith Law Group, PLLC<br>701 Brickell Ave., Suite 1310<br>Miami, Florida 33131 | Plaintiff Feliz Mateo likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and the emotional toll the Defendant's discriminatory treatment took on Plaintiffs during and after their employment. |
| **Maximo Gutierrez, Plaintiff**<br>c/o Derek Smith Law Group, PLLC<br>701 Brickell Ave., Suite 1310<br>Miami, Florida 33131 | Plaintiff Gutierrez likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and the emotional toll the Defendant's discriminatory treatment took on Plaintiffs during and after their employment. |
| **Setai Hotel Acquisition LLC, Defendant**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Defendant likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Edson Belfond**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Belfond likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Alexis Freud**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Freud likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |

| | |
|---|---|
| **Joseph Clotaire**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Clotaire likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Ronald Orisma**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Orisma likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Natasha Pierre**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Pierre likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Emilio (last name unknown)**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Emilio likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Javier (last name unknown)**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Javier likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Pablo (last name unknown)**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Pablo likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Enrique Carpio**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Carpio likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |

| | |
|---|---|
| **Eileen Aguilar**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Aguilar likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Cynthia Abugattas**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Abugattas likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Alex Furrer**<br>c/o Gordon Rees Scully Mansukhani<br>Miami Tower<br>100 S.E. Second Street, Suite 3900<br>Miami, FL 33131 | Furrer likely has knowledge regarding Plaintiffs' employment with the Defendant; the claims and allegations made in the Complaint; and any actions taken by Defendant in response to Plaintiffs' claims. |
| **Plaintiffs' Medical Providers** | Plaintiffs' medical providers likely have knowledge regarding Plaintiffs' medical treatment and the emotional distress suffered by the Plaintiffs. |
| **All fact witnesses identified by Defendant in its Witness List and/or Initial Disclosures.** | |
| **All fact witnesses identified by Plaintiff and/or Defendant or through discovery in this matter.** | |

Dated: Miami, Florida  **DEREK SMITH LAW GROUP, PLLC**
November 21, 2023,  *Counsel for Plaintiff*

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

*[Certificate of service on the following page]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on November 21, 2023, on all counsel of record on the service list below via email.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GORDON REES SCULLY MANSUKHANI**

Robin Taylor Symons
Rsymons@grm.com
Florida Bar No.: 356832
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Counsel for Defendant Setai Hotel Acquisition LLC*