UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,                                      CASE NO.: 1:23-cv-23310-KMW

v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION AND SCHEDULING

      Plaintiffs, YOANDRY DE LA ROSA, BENJAMIN FELIZ MATEO, and MAXIMO GUTIERREZ, and Defendant, SETAI HOTEL ACQUISITION, LLC, (collectively, "the Parties") pursuant to Southern District of Florida Local Rule 16.2, hereby notify the Court that the Parties have scheduled mediation in the above-referenced matter to take place on Tuesday, April 30, 2024, at 10:00 a.m., before Karen Evans-Putney, Esq., via Zoom or other comparable video conferencing technology.

*[This space left intentionally blank]*

DATED this 6th day of December, 2023.

Respectfully submitted,

| **DEREK SMITH LAW GROUP, PLLC** | **GORDON REES SCULLY MANSUKHANI** |
|---|---|
| */s/ Kyle T. MacDonald* <br> Kyle T. MacDonald, Esq. <br> Florida Bar No.: 1038749 <br> DEREK SMITH LAW GROUP, PLLC <br> 520 Brickell Key Drive, Suite O-301 <br> Miami, Florida 33131 <br> Tel: (786) 568-8120 <br> Fax: (305) 503-6741 <br> kyle@dereksmithlaw.com <br><br> *Counsel for Plaintiffs* | */s/ Eric R. Thompson* <br> Robin Taylor Symons <br> Rsymons@grm.com <br> Florida Bar No.: 356832 <br> Eric R. Thompson <br> Ethompson@gordonrees.com <br> Florida Bar No. 888931 <br> GORDON REES SCULLY MANSUKHANI <br> Miami Tower <br> 100 S.E. Second Street, Suite 3900 <br> Miami, FL 33131 <br> Telephone: (305) 428-5300 <br> Facsimile: (877) 644-6209 <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 6, 2023, on all counsel of record on the service list below via e-mail.

By: /s/ *Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GORDON REES SCULLY MANSUKHANI**

Robin Taylor Symons
Rsymons@grm.com
Florida Bar No.: 356832
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Counsel for Defendant Setai Hotel Acquisition LLC*