UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

       Plaintiffs,                                    CASE NO.: 1:23-cv-23310-KMW

v.

SETAI HOTEL ACQUISITION LLC,

       Defendant.
_____/

## *UNOPPOSED* MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF YOANDRY DE LA ROSA

Pursuant to Local Rule 11.1(d)(3)(a) and the Rules Regulating the Florida Bar, Kyle T. MacDonald, Esq., of Derek Smith Law Group, PLLC, hereby files this motion to withdraw as counsel for Plaintiff, YOANDRY DE LA ROSA ("Plaintiff De La Rosa"), and in support states as follows:

1. The undersigned counsel was retained by Plaintiff De La Rosa in connection with the above-captioned matter.

2. The Rules Regulating the Florida Bar state "a lawyer may withdraw from representing a client if: ... (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled [or] (4) the representation ... has been rendered unreasonably difficult by the client...." Fla. R. Prof. Conduct 4-1.16(b).

3. Both of the foregoing circumstances are present, warranting undersigned's withdrawal from representation.

4. Should the Court have questions about the details necessitating the withdrawal, undersigned requests an *in-camera* hearing so that undersigned may explain without disclosing privileged information.

5. Pursuant to Local Rule 11.1(d)(3)(a), the undersigned counsel has advised Plaintiff De La Rosa of his intent to withdraw from representation, as well as counsel for the Defendant.

6. The granting of undersigned counsel's request for withdrawal will not result in prejudice to Plaintiff De La Rosa, as the discovery deadline is currently set for May 24, 2024, and the case is set for trial beginning on November 4, 2024, allowing Plaintiff De La Rosa sufficient time to locate new counsel without any prejudice to his claims. *See* Scheduling Order [D.E. 15].

7. The undersigned counsel, on behalf of Plaintiff De La Rosa, requests that the Court grant Plaintiff De La Rosa thirty (30) days to obtain new counsel.

8. The undersigned counsel certifies that this motion is not being filed for the purposes of delay and that good cause exists for withdrawal.

WHEREFORE, the undersigned counsel requests that this Court enter an order granting undersigned's withdrawal as counsel for Plaintiff De La Rosa and granting Plaintiff De La Rosa thirty (30) days to retain substitute counsel.

## **CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned counsel has conferred with counsel for the Defendant, who has advised that the Defendant does not oppose the relief requested herein.

| | |
|---|---|
| Dated: Miami, Florida<br>March 15, 2024, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>*/s/ Kyle T. MacDonald*<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 15, 2024, on all counsel of record on the service list below via e-email.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## **SERVICE LIST**

**GORDON REES SCULLY MANSUKHANI**

Robin Taylor Symons
Rsymons@grm.com
Florida Bar No.: 356832
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Counsel for Defendant Setai Hotel Acquisition LLC*