UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,                                        CASE NO.: 1:23-cv-23310-KMW

v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, BENJAMIN FELIZ MATEO and MAXIMO GUTIERREZ (collectively, the "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authority to inform the Court of a recent Supreme Court decision directly relevant to the pending Motion to Dismiss filed by Defendant, SETAI HOTEL ACQUISITION LLC [D.E. 17].

Pursuant to Local Rule 7.8, Plaintiffs wish to bring to this Court's attention the recent Supreme Court decision in *Muldrow v. City of St. Louis*, No. 22-193, 2024 U.S. LEXIS 1816 (Apr. 17, 2024) that clarifies and substantially alters the legal framework regarding what constitutes a "materially adverse action" under Title VII discrimination claims. Specifically, in *Muldrow*, the Supreme Court held that actions by an employer, previously deemed non-material or trivial, can indeed form the basis of a discrimination claim if they collectively create a disadvantageous alteration to the employment conditions significantly linked to discriminatory motives. *Id.* at *13-16. This ruling directly contradicts the arguments presented by Defendant in their motion to dismiss, specifically concerning the alleged insufficiency of Plaintiffs' claims related to adverse

1

employment actions. D.E. 17, pp. 4-7. Accordingly, Plaintiffs urge the Court to consider this authority in its evaluation of the Defendant's Motion to Dismiss.

| | |
|---|---|
| Dated: Miami, Florida<br>April 17, 2024, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiffs Benjamin Feliz Mateo and Maximo Gutierrez*<br><br>*/s/ Kyle T. MacDonald*<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>520 Brickell Key Dr, Suite O-301<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 17, 2024, via CM/ECF to all counsel of record on the service list below.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**GORDON REES SCULLY MANSUKHANI**

Robin Taylor Symons
Rsymons@grm.com
Florida Bar No.: 356832
Eric R. Thompson
Ethompson@gordonrees.com
Florida Bar No. 888931
GORDON REES SCULLY MANSUKHANI
Miami Tower
100 S.E. Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5300
Facsimile: (877) 644-6209

*Counsel for Defendant Setai Hotel Acquisition LLC*