UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:23-cv-23310-WILLIAMS/REID

YOANDRY DE LA ROSA,

BENJAMIN FELIZ MATEO, and

MAXIMO GUTIERREZ,

    Plaintiffs,

v

SETAI HOTEL ACQUISITION LLC,

    Defendant.

_____/

## REPORT OF MEDIATION

A mediation conference was held on April 30, 2024, for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present, except Plaintiff Yoandry de la Rosa.

[X] A complete agreement was reached between Plaintiffs Benjamin Feliz Mateo and Maximo Gutierrez and Defendant.

[ ] A partial agreement was reached.

[X] No agreement was reached with Plaintiff Yoandry de la Rosa who failed to appear.

[ ] The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

April 30, 2024
Date