UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23310-KMW

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

    Plaintiffs,
vs.

SETAI HOTEL ACQUISITION LLC,

    Defendant.
_____/

**ORDER ON JOINT MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court pursuant to Plaintiffs, BENJAMIN FELIZ MATEO ("Mateo") and MAXIMO GUTIERREZ ("Gutierrez") (collectively, the "Plaintiffs"), and Defendant, SETAI HOTEL ACQUISITION LLC ("Defendant") (collectively, the "Parties"), Joint Motion to File Under Seal ("Motion to Seal"). The Court, having reviewed the Motion, being advised as to the agreement of the parties, and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1. The Motion to Seal is hereby GRANTED.

2. Within two business days of the date of this Order, the Parties shall file under seal an un-redacted version of their Confidential Settlement Agreement.

3. The Parties' Confidential Settlement Agreement shall remain under seal until May 23, 2026.

1

2

DONE and ORDERED in Chambers at Miami, Florida this _____ day of May, 2024.

                                                                                                                                              _____  
THE HONORABLE KATHLEEN M. WILLIAMS  
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record