UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23310-KMW

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

    Plaintiffs,
vs.

SETAI HOTEL ACQUISITION LLC,

    Defendant.
_____/

### ORDER ON JOINT MOTION TO FILE UNDER SEAL

THIS CAUSE came before the Court pursuant to Plaintiffs, BENJAMIN FELIZ MATEO ("Mateo") and MAXIMO GUTIERREZ ("Gutierrez") (collectively, the "Plaintiffs"), and Defendant, SETAI HOTEL ACQUISITION LLC ("Defendant") (collectively, the "Parties"), Joint Motion to File Under Seal ("Motion to Seal").  The Court, having reviewed the Motion, being advised as to the agreement of the parties, and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

    1.    The Motion to Seal is hereby DENIED and the Parties are permitted to: a) submit to the Court (in connection with their request for approval of their settlement) a Settlement Agreement directed only to Plaintiffs' Fair Labor Standards Act ("FLSA") claims; and, b) need not submit to the Court (in connection with their request for approval of their settlement) a separate, confidential Settlement Agreement directed to Plaintiffs' non-FLSA claims.

1

2

DONE and ORDERED in Chambers at Miami, Florida this _____ day of May, 2024.

                                                                                                                                               _____
                                                                                                                                                THE HONORABLE KATHLEEN M. WILLIAMS
                                                                                                                                                UNITED STATES DISTRICT JUDGE

Copies to all counsel of record