**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,                                      CASE NO.: 1:23-cv-23310-KMW

      v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

**PROPOSED ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT**

THIS CAUSE is before the Court on the Parties' Joint Motion for Approval of the Parties' Confidential Settlement Agreement. [D.E. 38], filed May 29, 2024, and the Court, having considered the Motion, and being otherwise fully apprised on the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The Parties' Confidential Settlement Agreement has been reviewed by the Court and is hereby approved. The Parties shall file their joint stipulation of dismissal conditioned on the Court retaining jurisdiction to enforce the terms of the Confidential Settlement Agreement, on or before June 4, 2024.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2023.

                                              _____
                                              THE HONORABLE KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*