UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-23310-CV-WILLIAMS

YOANDRY DE LA ROSA, *et al.*,

    Plaintiffs,

v.

SETAI HOTEL ACQUISITION LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Renewed Joint Motion for Approval of the Parties' Confidential Settlement Agreement (DE 38).

In this Fair Labor Standards Act (FLSA) action, the Parties request that the Court approve their Settlement Agreement.[1] To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

---

[1] In addition to the FLSA claims, Plaintiffs brought claims against Defendant for alleged violations of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act of 1992.

Upon review of the confidential settlement agreement, the record, and applicable law, the Court finds that the compromise reached by the Parties is a fair and reasonable resolution of this dispute. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Renewed Joint Motion for Approval of the Parties' Confidential Settlement Agreement (DE 38) is **GRANTED**.

2. The Parties' confidential settlement agreement is **APPROVED**.

3. The Court shall retain jurisdiction to enforce the terms of the confidential settlement agreement for two (2) years from the date of this Order.

4. The Parties shall file their joint stipulation of dismissal by **June 24, 2024**.

**DONE AND ORDERED** in chambers in Miami, Florida, on this 10th day of June, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE