UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

      Plaintiffs,                                  CASE NO.: 1:23-cv-23310-KMW

      v.

SETAI HOTEL ACQUISITION LLC,

      Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiffs, BENJAMIN FELIZ MATEO and MAXIMO GUTIERREZ, and Defendant, SETAI HOTEL ACQUISITION LLC (collectively, "the Parties"), by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree to the voluntary dismissal with prejudice as to Plaintiffs' claims against Defendant in the above-captioned matter, with the Parties agreeing to be responsible for their respective fees and costs.

Respectfully submitted,

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC**<br>*Attorney for Plaintiffs Benjamin Feliz Mateo and Maximo Gutierrez*<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Tel: 305-946-1884<br>Fax: 305-503-6741<br><br>By: */s/ Kyle T. MacDonald*<br>KYLE T. MACDONALD, ESQ.<br>Fla. Bar No. 1038749<br>Kyle@dereksmithlaw.com | **GORDON & REES SCULLY MANSUKHANI**<br>*Attorney for Defendant*<br>100 SE Second Street, Suite 3900<br>Miami, Florida 33131<br>Telephone: 305-428-5322<br>Facsimile: 877-644-6209<br><br>By: */s/ Eric R. Thompson*<br>ERIC R. THOMPSON, ESQ.<br>Florida Bar No. 0888931<br>ethompson@grsm.com |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on June 12, 2024, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.