UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOANDRY DE LA ROSA,
BENJAMIN FELIZ MATEO, and
MAXIMO GUTIERREZ,

       Plaintiffs,                                     CASE NO.: 1:23-cv-23310-KMW

       v.

SETAI HOTEL ACQUISITION LLC,

       Defendant.
_____/

**PROPOSED ORDER ON JOINT STIPULATION OF DISMISSAL**

Pursuant to the Parties' Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED AND ADJUDGED that Plaintiffs, Benjamin Feliz Mateo and Maximo Gutierrez's claims in the above-captioned action be dismissed with prejudice, with each agreeing to be responsible for their respective fees and costs.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____, 2024.

                                                        _____
                                                        THE HONORABLE KATHLEEN M. WILLIAMS
                                                       UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*